TARVER *et al. v.* SMITH *et al.*, receivers.

ATKINSON, J. On the conflicting evidence the judge did not err in refusing an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

*R. V. Harris* and *R. N. Hardeman Jr.,* for plaintiffs.

*Phillips & Abbot* and *R. G. Price,* for defendants.